UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Samantha Leigh Ross-Varner**                        **Docket No. 5:14-CR-206-6BO**

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Samantha Leigh Ross-Varner, who, upon an earlier plea of guilty to Conspiracy to Manufacture, Distribute, Dispense, and Possess With Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C); and Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable James C. Fox, Senior United States District Judge, on December 9, 2015, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for Life. On February 21, 2018, the case was assigned to the Honorable Terrence W. Boyle, United States District Judge.

Samantha Leigh Ross-Varner was released from custody on September 20, 2023, at which time the term of supervised release commenced. On March 5, 2024, a Violation Report was filed that advised the defendant tested positive for methamphetamine on February 8, 2024, via an instant urine test. Although the drug lab was unable to produce valid results, Ross-Varner admitted to last using methamphetamine on February 7, 2024. The subsequent drug test conducted on February 26, 2024, produced negative results. Supervision was continued to allow her to participate in substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 6, 2024, the defendant provided a urine sample that was submitted for laboratory analysis. Prior to submission of the test, she admitted to using methamphetamine the same day. On May 15, 2024, laboratory analysis revealed positive results for methamphetamine and amphetamine. On May 17, 2024, the defendant confirmed the positive results and signed an admission report that she last used methamphetamine on May 6, 2024, and apologized for her actions. Ross-Varner currently participates in substance abuse counseling, is employed, and has a stable home plan. As a result of her actions, she has agreed to participate in a cognitive behavioral program as directed by the probation office. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Samantha Leigh Ross-Varner
Docket No. 5:14-CR-206-6BO
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>Supervising U.S. Probation Officer | /s/ Michael W. Dilda<br>Michael W. Dilda<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2342<br>Executed On: May 17, 2024 |

## ORDER OF THE COURT

Considered and ordered this _17_ day of _May_, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge